BURLEIGH HILL v. EDWARD M. ROTHSTEIN.

Oct. 4, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. JOEL SUSSMAN.

Oct. 4, 1979. Petition for certification denied.

LORRAINE CAPEZZUTO v. SADDLE BROOK
GENERAL HOSPITAL.

Oct. 4, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. LESLIE FOREHAND.

Oct. 4, 1979. Petition for certification denied.

HOSPICIO GARCIA v. STATE OF NEW JERSEY, DEPARTMENT
OF HUMAN RESOURCES.

Oct. 4, 1979. Petition for certification denied.

CARL R. FREDERICK v. PACIFIC MUTUAL LIFE
INSURANCE CO.

Oct. 4, 1979. Petition for certification denied.